**Order entered August 2, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01294-CV

### IN THE INTEREST OF S.V. AND S.V., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER

Before the Court is appellant's August 1, 2018 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **September 12, 2018**.

/s/     ADA BROWN
        JUSTICE